```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

LISA R. MURPHY                                              PLAINTIFF

v.                      Case No. 11-6049

HOT SPRINGS COUNTY                                          DEFENDANT

## ORDER

Now on this 24th day of January 2012, there comes on for consideration the report and recommendation filed herein on November 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief may be granted, and Plaintiff's Motion to Proceed IFP (doc. 1) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**